1008

[No. 44618-5-I.    Division One.    January 24, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRANCE
BLUE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 98-1-03143-0, Norma Smith Huggins, J.,
entered April 12, 1999. *Remanded* by unpublished per
curiam opinion.

[No. 44672-0-I.    Division One.    January 24, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. NICHOLAS F.
FACELO, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 99-1-02028-2, Harriett M. Cody, J., entered
May 10, 1999. *Remanded* by unpublished per curiam
opinion.

[No. 44879-0-I.    Division One.    January 24, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. MELVIN
BARFIELD, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 98-1-09566-7, Anthony P. Wartnik, J., entered
July 12, 1999. *Reversed* by unpublished per curiam opinion.

[No. 45304-1-I.    Division One.    January 24, 2000.]

MBI SYSTEMS, INC., ET AL., *Respondents*, v. STONEMARK,
INC., ET AL., *Appellants*, MBI ESOP, ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 97-2-31544-1, Phillip G. Hubbard, Jr., J.,
entered September 20, 1999. *Affirmed* by unpublished per
curiam opinion.